Name and address

(310) 659-5800
DANIEL G. DAVIS #56845
9454 WILSHIRE BLVD, PH
BEVERLY HILLS, CA 90212

FILED

2009 SEP 21 AM 11: 50

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
Plaintiff(s)

v.

RONALD GERARD BOYAJIAN
Defendant(s).

CASE NUMBER: CR 09 00933

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

RONALD G BOYAJIAN, ☐ Plaintiff ☒ Defendant ☐ Other _____
Name of Party

hereby request the Court approve the substitution of DANIEL G. DAVIS
New Attorney

as attorney of record in place and stead of SHEPARD S. KOPP OF MARK GERAGOS LAW FIRM.
Present Attorney

Dated 9-21-09

X _R. Bq_
Signature of Party/Authorized Representative of Party

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 9-21-09

_Daniel B. Duninjr_ / _Shepard S. Kopp_
Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 9-21-09

_Daniel B. Davis_
Signature of New Attorney

56845
State Bar Number

If party requesting to appear Pro Se:

~~Dated~~ _____

_____
Signature of Requesting Party

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)     REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY