Richard M. Steingard (SBN 106374)
LIGHTFOOT STEINGARD & SADOWSKY LLP
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450
E-mail: rsteingard@lsslaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 09-CR-0933-CAS |
| v. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| RONALD GERARD BOYAJIAN | |
| Defendant(s). | |

The Court hereby orders that the request of:

RONALD GERARD BOYAJIAN     ☐ Plaintiff     ■ Defendant     ☐ Other
*Name of Party*

to substitute   Richard M. Steingard   who is

■ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

800 Wilshire Boulevard, Suite 1050
*Street Address*

Los Angeles, California 90017                rsteingard@lsslaw.com
*City, State, Zip*                           *E-Mail Address*

(213) 260-9449            (213) 260-9450            106374
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record in place and stead of   Daniel G. Davis
*Present Attorney*

**is hereby**    ☐ **GRANTED**      ☐ **DENIED**

Dated _____            _____
                                          U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.