Richard M. Steingard (SBN 106374)
LIGHTFOOT STEINGARD & SADOWSKY LLP
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450
E-mail: rsteingard@lsslaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                           Plaintiff(s)<br>v.<br><br>RONALD GERARD BOYAJIAN<br><br>                          Defendant(s). | CASE NUMBER:<br><br>09-CR-0933-CAS<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>RONALD GERARD BOYAJIAN</u>   ☐ Plaintiff   ■ Defendant   ☐ Other
*Name of Party*

to substitute <u>Richard M. Steingard</u> who is

■ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>800 Wilshire Boulevard, Suite 1050</u>
*Street Address*

<u>Los Angeles, California 90017</u>                  <u>rsteingard@lsslaw.com</u>
*City, State, Zip*                                              *E-Mail Address*

<u>(213) 260-9449</u>          <u>(213) 260-9450</u>          <u>106374</u>
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record in place and stead of   <u>Daniel G. Davis</u>
                                                                *Present Attorney*

**is hereby**   ■ **GRANTED**   ☐ **DENIED**

Dated  February 21, 2012

*[signature: Christina A. Snyder]*
U. S. District Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.