Richard M. Steingard (SBN 106374)
Stephen B. Sadowsky (SBN 90862)
Seema Ahmad (SBN 270992)
LIGHTFOOT STEINGARD & SADOWSKY LLP
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450
Email: rsteingard@lsslaw.com

Attorneys for Defendant
RONALD GERARD BOYAJIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD GERARD BOYAJIAN,<br><br>Defendant. | Case No.: 2:09-CR-00933(A)-CAS<br><br>**DECLARATION OF JEFFREY M. FISCHBACH IN SUPPORT OF DEFENDANT'S OPPOSITION TO GOVERNMENT'S *IN LIMINE* MOTION TO INTRODUCE EVIDENCE UNDER RULE 404(b) (DKT. 196)** |

The defendant, Ronald Gerard Boyajian, by and through his attorneys of record, hereby submits the declaration of forensic expert Jeffrey M. Fischbach in support of defendant's opposition to the government's *in limine* motion to introduce evidence under Federal Rule of Evidence 404(b).

DATED: August 29, 2012          Respectfully Submitted,

                                                      LIGHTFOOT STEINGARD & SADOWSKY LLP


                                                      */S/ - Richard M. Steingard*
                                                      RICHARD M. STEINGARD
                                                      Attorney for Defendant
                                                      Ronald Gerard Boyajian

LIGHTFOOT STEINGARD & SADOWSKY LLP

## DECLARATION OF JEFFREY M. FISCHBACH

I, Jeffrey M. Fischbach, state and declare as follows:

1. I am the Founder and President of SecondWave Information Systems, a technology consulting firm specializing in information systems and technology integration.

2. I am a board-recognized forensic examiner with expertise in computers, information systems, and satellite and communications technologies. A copy of my curriculum vitae is attached as Exhibit A. I was retained by Mr. Boyajian to examine digital media and technology-related evidence in this matter and to provide expert analysis.

3. In July and August 2012, I imaged the hard drives of a MacBook laptop computer ("laptop") and a Western Digital external hard drive ("external hard drive"), which the government claims to have located in Mr. Boyajian's guest room in February, 2009, in Phnom Penh, Cambodia.

4. I was advised that, according to the government, the laptop and external hard drive contain ProSoft "recovery software," that is, software which claims to allow an individual to retrieve files that have been previously deleted (i.e., or that exist on unallocated space on a computer). In my examination, I found ProSoft software is located on the allocated space on the laptop and external hard drives.

5. Upon further investigation of the laptop and external hard drive, I found that the recovery software is not operable in its current state (*i.e.,* the state in which it existed in February 2009). I also found that the recovery software is "zipped," meaning it has been compressed and stored. In such a state, it is not immediately useable. In order for such software to begin operating, several steps would have to be taken, including having it "unzipped," installed, and then commanded by the user to attempt to recover deleted files.

///

1       6.    From my analysis, the recovery software of both the laptop and external hard drive were "zipped" on May 13, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of August, 2012, in Los Angeles, California.

                                      */S/ - Jeffrey M. Fischbach*
                                      Jeffrey M. Fischbach