UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 09-933 CAS | Date | June 10, 2013 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Laura Elias | Kim Meyer<br>Patricia Donahue |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RONALD GERARD BOYAJIAN | X | X | | ANNE HWANG, DFPD | X | X | |
| | | | | ALICIA BLANCO, DFPD | X | X | |
| | | | | ALAN FENSTER | X | | X |
| | | | | (Specially Appearing) | | | |

**Proceedings:**   DEFENDANT'S MOTION FOR RELEASE OF FUNDS (Docket #417, filed May 22, 2013); AND

STATUS CONFERENCE

  On May 14, 2013, the Court discharged the law firm of Lightfoot, Steingard and Sadowsky LLP ("LSS") as defendant's counsel of record, and appointed the Federal Public Defender to represent defendant. In connection with the discharge of LSS, defendant informed the Court that he intends to recover a portion of the fees paid to LSS, and use these fees to retain new counsel. On May 22, 2013, defendant asked the Court to designate a district judge to review his agreement with LSS and determine what fees, if any, should be returned to defendant pursuant to that agreement. Defendant contends that this unusual course of action should take place because defendant requires additional funds to retain new counsel in this case.

  The Court denies the request. Regardless of whether defendant has a claim for relief against LSS, the Court cannot simply designate a district judge to adjudicate this claim, because the Court lacks authority to authorize defendant to prosecute a claim in a manner not authorized by law. Among other reasons, there appears to be no basis on which a federal court would exercise jurisdiction over defendant's claim.

  Accordingly, defendant's motion is DENIED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

     The Court sets a Further Status Conference re: Case on **August 12, 2013** at **1:00 P.M.** and the Jury Trial is vacated, to be reset.  The Court takes defendant's oral waiver of his speedy trial rights, as stated in Court and on the record.  The Government shall submit a Proposed Order re: Excludable Time forthwith.

     IT IS SO ORDERED.

|  |  |
|---|---|
|  | 00 : 13 |
| Initials of Deputy Clerk | CMJ |