UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CRIMINAL MINUTES - GENERAL

| Case No. | CR09-933 CAS | | Date | April 16, 2014 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine M. Jeang | Not Present | Patricia Donahue, Not Present<br>David Herzog, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RONALD GERARD BOYAJIAN | NOT | | X | ANNE HWANG, DFPD<br>ALICIA BLANCO, DFPD | NOT<br>NOT | | X<br>X |

| Proceedings: | (IN CHAMBERS): DEFENDANT'S MOTION FOR RESOLUTION OF ANCILLARY FEE DISPUTE AND ASSISTANCE OF COUNSEL (Dkt. #515, filed April 9, 2014)<br><br>DEFENDANT'S MOTION TO DEFER FINALITY OR HOLD IN ABEYANCE THE RIGHT TO MOVE FOR RECONSIDERATION (Dkt. #529, filed April 11, 2014) |
|---|---|

The relevant facts are known to the parties, and are set forth in the Court's prior orders, including the Court's order denying defendant's motion to discharge the Federal Public Defender ("FPD"). Dkt. #'s 498, 500.

## I.   MOTION TO RESOLVE ANCILLARY FEE DISPUTE

On April 9, 2014, defendant filed a motion requesting that the Court "resolve the ancillary jurisdiction attorney fee dispute," and to "permit defendant assistance of counsel" as to that dispute. Dkt. #515. The government filed a response on April 14, 2014. Dkt. #532. The Court held a hearing on April 15, 2014.

After considering the parties' arguments, the Court finds that this issue has already been resolved by Judge Terry J. Hatter, Jr. The issue of whether the Court should exercise ancillary jurisdiction over defendant's fee dispute with the law firm Lightfoot Steingard & Sadowsky LLP ("LSS") was referred to Judge Hatter in November 2013 after this judicial officer recused herself. Dkt. #444. Thereafter, in a minute order dated March 10, 2014, Judge Hatter ruled that "the Court declines ancillary jurisdiction and all is now before Judge Snyder, as stated on the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CRIMINAL MINUTES - GENERAL**

record." Dkt. #488.  Based on this minute order, the Court concludes that Judge Hatter has already ruled that exercising ancillary jurisdiction over defendant's fee dispute with LSS would not be appropriate.  This Court will not review or revisit the ruling made by Judge Hatter.  Accordingly, defendant's motion to resolve the ancillary fee dispute is DENIED.

**II.     MOTION TO DEFER FINALITY OR HOLD IN ABEYANCE THE RIGHT TO MOVE FOR RECONSIDERATION**

On April 11, 2014, defendant filed a motion requesting that the Court defer the finality of its order denying defendant's motion to discharge the FPD, or in the alternative, "hold in abeyance" defendant's right to move for reconsideration.  The Court held a hearing on this motion on April 15, 2014.  This motion is DENIED for the reasons stated in the Court's order dated April 7, 2014.  Dkt. #513.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |