1  THOMAS P. SLEISENGER (SBN 100254)
   Law Offices of Thomas P. Sleisenger, PLC
2  1901 Avenue of the Stars, Suite 615
   Los Angeles, California 90067
3  California State Bar No. 100254
   Telephone: (310) 300-1314
4  Facsimile: (310) 861-0152
   E-mail: sleisengerlaw@yahoo.com

   Attorneys for Defendant
   RONALD GERARD BOYAJIAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09-933-CAS |
| --- | --- |
| Plaintiff, | ) (C.A. 14-50173) |
| v. | ) [PROPOSED] ORDER UNSEALING TRANSCRIPT |
| RONALD GERARD BOYAJIAN, | ) |
| Defendant. | ) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The transcript of proceedings in the above-captioned case on the date listed below that was previously ordered sealed shall be unsealed for appointed counsel only. The transcript shall remain sealed as to all other individuals unless otherwise ordered by this Court. The date is as follows: 07/31/2014.

DATED: August 11, 2014

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE