UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

"O"

| Case No. | 2:09-cr-00933-CAS | | Date | August 28, 2014 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Patricia Donahue, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Boyajian: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RONALD GERARD BOYAJIAN | NOT | X | | ANNE HWANG, DFPD<br>ALICIA BLANCO, DFPD | NOT<br>NOT | X<br>X | |

**Proceedings:** **(In Chambers:)** DEFENDANT'S PRO SE MOTION FOR A HEARING TO DETERMINE STATUS OF DEFENDANT'S RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL (Filed 08/26/14)[602];

**(In Chambers:)** GOVERNMENT'S MOTION TO STRIKE SPECIFIED "IN PRO PER" FILINGS (Filed 08/28/14)[603]

On August 26, 2014, defendant filed a motion seeking a hearing and court intervention related to claimed ineffective assistance of counsel and abandonment by his assigned attorneys. Dkt. #602. On August 28, 2014, the United States filed a motion to strike defendant's motion. Dkt. #603. The government argues that Ninth Circuit law and this district's Local Rules prohibit *pro se* actions by represented parties without leave of the Court. The Court agrees with the government's arguments and therefore GRANTS the motion to strike.[1]

/ / /

/ / /

/ / /

---

[1] The Court notes an alternative ground for declining to consider defendant's motion. Inasmuch as this issue was raised previously and is the subject of the Court's March 20, 2014 sealed order, which is now on appeal, the Court declines to hear this matter at this time.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

**"O"**

     Further, the Court denies the apparent request for Michael Dempsey to make a special appearance herein.  As stated previously, there are no special appearances permitted in federal court.  Mr. Dempsey's appearance is hereby stricken.

     IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | | CMJ |