UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | 2:09-cr-00933-CAS | Date | September 22, 2014 |
|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER |
|---|---|

| Interpreter | N/A |
|---|---|

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Patricia Donahue, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Boyajian: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RONALD GERARD BOYAJIAN | NOT | X | | ANNE HWANG, DFPD<br>KIM SAVO, DFPD | NOT<br>NOT | X<br>X | |

**Proceedings:**   **(In Chambers:)** DEFENDANT'S PRO SE MOTION TO VACATE ORDER STRIKING PRO SE FILING (Filed 09/09/2014)[608]

On September 8, 2014, defendant filed a motion to vacate the Court's order granting the United States' motion to strike certain pro se filings. Dkt. #608 (requesting relief from Dkt. #604). On September 18, the Court held a status conference, with counsel for defendant and the United States present. At this status conference, counsel for defendant represented that they would be ready for trial.

Based on the foregoing, we find that the pro se motion to vacate the previous order is moot and should be DENIED without prejudice.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |