UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL   'O'

| Case No. | CR09-933(A)-CAS | Date | November 3, 2015 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine M. Jeang | Not Present | David Herzog, Not Present<br>Patricia Donahue, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Boyajian: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RONALD GERARD BOYAJIAN, PRO SE | NOT | | X | GEORGE BUEHLER | NOT | | X |

**Proceedings:**   (IN CHAMBERS) - EMERGENCY MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE WHY THE GOVERNMENT HAS INVADED THE DEFENSE CAMP

On October 15, 2015, defendant Ronald Gerard Boyajian ("defendant"), proceeding *pro se*, filed the instant motion entitled "Emergency Motion for Issuance of Order to Show Cause Why The Government Has Invaded The Defense Camp." Dkt. 1006. On October 27, 2015, the Government filed an opposition to defendant's motion. Dkt. 1019.

In support of his motion, defendant has submitted a declaration in which he declares as follows: At some time during the week of October 15, 2015, a reporter personally contacted defendant. Dkt. 1006, Bojajian Decl. ¶ 1. During the course of their conversation, the reporter referenced information defendant believes relates to his trial preparation, including information about specific witnesses. Id. Defendant believes that this information is known only to himself, select persons involved in his defense, and the Court. Id. ¶ 2. Defendant contends that he has made a good faith effort to confirm that no one involved in his defense contacted this reporter. Id. ¶ 3. Moreover, defendant does not believe that the Court contacted this reporter. Id. ¶ 4. Accordingly, defendant states: "The inferences [sic] someone had invaded the defense camp, likely the Government." Id. Finally, defendant argues that the Government has previously and repeatedly intercepted *in camera* communications from defendant and that this supports the inference that it was the Government who contacted the reporter. Id. ¶ 5.

Nonetheless, the Court finds that these circumstances do not justify issuing an order to show cause regarding whether the Government has "invaded the defense camp." Even assuming that information regarding defendant's trial strategy was provided to a reporter, there is no evidence to suggest that the information originated from the Government. Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**               **'O'**

himself can state only that it is "likely" that the Government was behind this alleged leak of information.

In fact, it is highly unlikely that the Government had access to information regarding defendant's trial strategy. The Court has taken extensive efforts to ensure that defendant is able to discuss matters regarding his trial strategy with the Court without disclosing such information to the Government. The Court has permitted defendant to file numerous documents *in camera* and in many hearings the Court has excused the Government and conducted private hearings involving only the Court and members of the defense. Accordingly, given the numerous precautions the Court has taken to prevent the dissemination of information regarding defendants' trial strategy to the Government, it is highly unlikely that any leak of privileged information came from the Government.

Finally, the reporter may have been able to discern elements of defendant's trial strategy from the numerous publicly available documents in defendants' case. Since defendants' case was initiated over six years ago, more than 1000 docket entries have been filed in this case. Members of the public, including reporters, may readily access many of these entries and may attend public proceedings involving defendant. Accordingly, it is entirely possible that the information the reporter communicated to defendant was obtained from publicly available documents, and not from an individual associated with the Government.

For all of the reasons stated, the Court finds that there is not a sufficient basis for issuing and order to show cause. Accordingly, defendant's motion is **DENIED**.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |