UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

| Case No. | CR 09-933(A)-CAS | Date | November 24, 2015 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Patricia Donahue, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RONALD GERARD BOYAJIAN, PRO SE | NOT | | X | GEORGE BUEHLER, STANDBY | NOT | | X |

**Proceedings:** (IN CHAMBERS) - DEFENDANT'S OBJECTION AND REQUEST TO STRIKE OR MODIFY ORDER RE SUBMISSION OF PRETRIAL MOTIONS

  The Court held a hearing on November 16, 2015. Dkt. 1033. At that hearing defendant, who is proceeding *pro se*, indicated that he anticipated that he would have considerable difficulty submitting all of his intended motions by the parties presently scheduled motions deadline of November 23, 2015. Accordingly, the Court determined that, in lieu of filing his actual motions, defendant could file a list containing a brief summary of all of the motions he intended to file. The Court would deem the motions on this list timely filed and preserved for appellate review. The Court also stated that the Government would have an opportunity to respond to this list of proposed motions and that the Court would evaluate this list to determine whether any of these motions had already been addressed in the Court's prior orders or whether any additional brief would be necessary.

  That same day and following the hearing, the Government submitted a proposed order clarifying the Court's decision from the hearing and suggesting several practical limitations on defendant's list of proposed motions. Dkt. 1029. Specifically, the Government suggested that defendant be required to write a short statement not to exceed two sentences of the basis for each of his proposed motions and that the government would then have until December 2, 2015 to file a brief response to defendant's proposed motions. Id. The Court determined that the Government's suggestions would be helpful to the Court and to the parties and therefore accepted many of the Government's proposal. Dkt. 1031. The Court also made several modifications; namely, defendant would be permitted four sentences in which to explain the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

basis fo his motions and the Government would be limited to the same four sentences in their response.  Id.

     Defendant now objects that he was not given adequate notice and an opportunity to object to the Government's proposal and that, therefore, the Court should strike these additional requirements.  Dkt. 1037.  The Court finds this objection without merit.  First, the Government's suggestions are largely consistent with what the parties discussed at the hearing on November 16, 2015.  Moreover, as already stated, the Court finds that the Government's suggestions will be of assistance to both the Court and the parties.  Therefore, even had defendant timely filed an objection it would not have changed the Court's ruling.

     Accordingly, defendant's objection is OVERRULED.

     IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |