UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

| Case No. | CR 09-933(A)-CAS | Date | January 11, 2016 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Patricia Donahue, Not Present<br>Vanessa Baehr-Jones, Not Present<br>Jeffrey Chemerinsky, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | | X | George Buehler, Co-Counsel | Not | | X |

| Proceedings: | (IN CHAMBERS) - DEFENDANT'S MOTION TO DISQUALIFY OR RECUSE AUSA JEFFREY CHEMERINSKY ON GROUNDS OF CONFLICT (Dkt. 1127, filed December 29, 2015) |
|---|---|

   On December 20, 2015, Assistant United States Attorney Jeffrey Chemerinsky ("Chemerinsky") filed a notice of appearance in this case. Dkt. 1107. On December 29, 2015, defendant, Ronald Gerard Boyajian, filed a motion to recuse or disqualify Chemerinsky. Dkt. 1127.

   In his motion, defendant alleges that Chemerinsky was formerly an attorney with the law firm Caldwell, Leslie, & Proctor LLC ("Caldwell Leslie"). Defendant contends that, in approximately July 2013, he approached Caldwell Leslie about the possibility of representing him in this case. Defendant contends that, in communicating with Caldwell Leslie, he spoke directly to Chemerinsky and that they discussed defendant's trial strategy and various facts and ideas about defendant's case. Accordingly, defendant argues that Chemerinsky has a conflict of interest with defendant and must be removed from this case.

   The Government disputes that Chemerinksy has ever spoken to defendant, or any member of the defense team, about defendant's case. However, the Government has informed the Court that, due to a scheduling conflict, Chemerinsky will not be able to participate in the prosecution of this matter. Accordingly, on January 11, 2015, the Government filed a notice

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

'O'

reassignment removing Chemerinsky from this matter.  Dkt. 1152.  Moroever, the Government states that during the short time Chemerinsky was noticed as an attorney in this matter he did not substantive work.

Defendant's motion is therefore **DENIED AS MOOT**.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc: