UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

| Case No. | CR 09-933(A)-CAS | Date | January 11, 2016 |
|---|---|---|---|

Present: The Honorable   CHRISTINA A. SNYDER

Interpreter   N/A

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Patricia Donahue, Not Present<br>Vanessa Baehr-Jones, Not Present<br>Jeffrey Chemerinsky, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Co-Counsel | Not | X | |

Proceedings:   (IN CHAMBERS) - DEFENDANT'S MOTION TO VACATE CURRENT MOTIONS SCHEDULE AND TRIAL DATE

    On January 7, 2016, defendant, Ronald Gerard Boyajian, filed a motion to vacate all currently scheduled motions hearings and the trial date in this matter. Dkt. 1142. Defendant asserts numerous grounds as the basis for his request. However, each of these issues has already been thoroughly addressed by the Court in previous orders and during numerous hearings over the past several months. The instant motion is, therefore, plainly a motion for reconsideration; however, defendant has asserted no new material facts or arguments that would justify vacating the currently scheduled hearings and trial date. See Central District of California, L.R. 7-18 ("A motion for reconsideration . . . may be made only on the grounds of (a) a material difference in fact or law . . . or (b) the emergence of new material facts or a change of law . . . or (c) a manifest showing of failure to consider material facts").

    Defendant's motion is therefore **DENIED**.

    IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Deputy Clerk | | CMJ |