UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

| Case No. | CR 09-933(A)-CAS | Date | January 25, 2016 |
|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | David Herzog, Not Present  Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian | Not | X | | George Buehler, Standby Counsel | Not | X | |

| Proceedings: | (IN CHAMBERS) - MOTION FOR DISQUALIFICATION OF KHMER INTERPRETER/TRANSLATOR RITHY LIM FOR MISREPRESENTATION OF CREDENTIALS AND INADEQUATE CREDENTIALS (Dkt. 1172, filed January 19, 2016) |
|---|---|

    On January 19, 2016, defendant filed a motion requesting that the Court disqualify the Khmer language interpreter the Government has previously used in this case, Rithy Lim ("Lim"). Dkt. 1172. However, the Court has already ruled that Lim is a qualified interpreter and rejected defendant's earlier requests to disqualify Lim. See Dkt. 877. Specifically, in an order dated April 1, 2015, the Court stated: "The Court agrees with the Government that defendant has offered no reason aside from his own speculation to disqualify Lim as a translator, and no case law that would support such a result. Moreover, having reviewed Lim's credentials, it appears that he is qualified." Id. at 12. The Court also noted in its order that Lim held a California Judicial Counsel certification, which permits him to act as an interpreter in the Superior Courts of California. Id.

    In the instant motion, defendant argues that new evidence has emerged to suggest that Lim may not be certified to act a Khmer language interpreter in the Superior Courts of California, as Lim had previously represented. However, even assuming that what defendant alleges is true, the Court's prior order was based on the entirety of Lim's resume and qualifications, not just his qualifications as an interpreter in the Superior Courts of California. Lim's resume indicates that he has worked as a Khmer language interpreter in a variety of commercial, government, and judicial settings for over twenty years. Dkt. 804, Ex. A, Lim

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

Resume.  For example, he has worked as an interpreter for the U.S. Drug Enforcement Agency, the Internal Revenue Service, and the Federal Emergency Management Agency.  Id. Lim has also worked for a number of hospitals and clinics interpreting for patients, parents, and physicians.  Id.  And, since 2005, Lim has contracted as an interpreter for the California Parole Board, the Federal Defender, and the U.S. Attorney's Office.  Id.  Finally, Lim's resume states that he has successfully completed the U.S. State Department's Khmer interpreter exam.  Id. Defendant submits no evidence to contradict these qualifications and credentials.

Accordingly, even assuming that Lim is, in fact, not certified to work as an interpreter in the Superior Courts of California, the Court finds that Lim's numerous other credentials qualify him to act as an interpreter in this case.  The Court, therefore, **DENIES** defendant's motion.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |