UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

| Case No. | CR 09-933(A)-CAS | | Date | January 25, 2016 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian | Not | X | | George Buehler, Standby Counsel | Not | X | |

Proceedings: (IN CHAMBERS) - DEFENDANT'S OBJECTION TO USE OF JUROR QUESTIONNAIRE (Dkt. 1181, filed January 20, 2016)

At a hearing on January 11, 2016, the Court and the parties discussed the use of a jury questionnaire during voir dire in this case. During this hearing, the Court noted that the Government had already filed a jury questionnaire and instructed defendant to file his own questionnaire if he had any objections to the use of the Government's questionnaire.

On January 20, 2016, defendant notified the Court that, although he generally objects to the use of the Government's questionnaire, he would be unable to prepare a jury questionnaire of his own. Dkt. 1181. Defendant contends that in light of his imminent trial, scheduled to begin on January 26, 2016, he is unable "to analyze and fashion a jury questionnaire at this time." Id. at 1. However, defendant has been aware that his trial was scheduled to being on January 26, 2016 since October of last year when the Court ordered a continuance of the trial date. See Dkt. 1014. And defendant has been in possession of the Government's questionnaire, which was filed on November 23, 2015, for nearly two months. See Dkt. 1040. Defendant has, therefore, had ample time to prepare his own jury questionnaire.

In addition, defendant generally objects that the Government's questionnaire "slants the presentation to the point the jurors could not but become inculcated with a prosecutorial mindset." Dkt. 1181. But defendant identifies no specific question he believes should be removed from the questionnaire and makes no suggestions regarding how the questionnaire should be amended to address his objection. Moreover, the Court has already reviewed the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

**'O'**

Government's questionnaire and stricken language that it believes may unduly influence the jury.

Accordingly, the Court finds no reason to reject the Government's questionnaire and defendants' objection is **OVERRULED**.

IT IS SO ORDERED.

|  |  |  |
|---|---|---|
| | 00 : 00 | |
| Initials of Deputy Clerk | CMJ | |