UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 09-933(A)-CAS | Date | January 25, 2016 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian | Not | X | | George Buehler, Standby Counsel | Not | | X |

**Proceedings:** (IN CHAMBERS) - DEFENDANT'S REQUEST FOR APPOINTMENT OF A SPECIAL MASTER TO CONDUCT FORENSIC REVIEW OF CASE MATERIALS WITHHELD FROM PRO SE DEFENDANT (Dkt. 1173, filed January 19, 2016)

On January 19, 2016, defendant filed a motion requesting that the Court appoint a special master in this case to conduct a review of defendant's discovery materials. Dkt. 1173. The Court finds this to be an improper request. While the Federal Rules of Civil Procedure provide for the appointment of a special master, see Fed. R. Civ. P. 53, there is no comparable provision in the Federal Rules of Criminal Procedure. Moreover, courts rely upon the services of special masters only in limited circumstances and, in general, special masters serve in an impartial capacity and perform judicial functions. See Fed. R. Civ. P. 53(a)(1) ("Unless a statute provides otherwise, a court may appoint a master only to: (A) perform duties consented to by the parties; (B) hold trial proceedings and make or recommend findings of fact on issues to be decided without a jury . . . (C) address pretrial and postrial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the district."); Wright & Miller, Fed. Practice and Proc. Civ. § 2605 (2015) ("If there is an overarching principle regarding the utilization of masters in contemporary federal practice it is restraint.").

Here, defendant requests that the Court appoint a special master to "analyze" and "conduct review" of his discovery materials, and he states that the special master will be defendant's "fiduciary and proxy." Dkt. 1173, at 3-5. What defendant appears to be describing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

'O'

is more in the nature of a lawyer or paralegal. This is an improper function for a special master and, accordingly, defendant's motion is **DENIED**.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Deputy Clerk | CMJ |