UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 09-933(A)-CAS | Date | January 25, 2016 |
|---|---|---|---|

Present: The Honorable **CHRISTINA A. SNYDER**

Interpreter N/A

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian | Not | X | | George Buehler, Standby Counsel | Not | X | |

**Proceedings:** (IN CHAMBERS) - MOTION FOR ISSUANCE OF ORDER TO COMPEL GOVERNMENT TO PRODUCE WITNESS THY VANN AT TRIAL (Dkt. 1178, filed January 20, 2016)

     On January 20, 2016, defendant filed a motion requesting that the Court order the Government to produce witness Thy Vann at trial. Dkt. 1178. Defendant contends that the Government had initially indicated that it would call Thy Vann to testify at trial, but has subsequently determined not to call her as a witness. Defendant contends that Thy Vann's testimony will be relevant to many material issues in this case, and states that he relied upon the Government's representation that it would be calling Thy Vann as a witness. Accordingly, defendant requests that the Court compel the Government to produce Thy Vann at trial. The Court **DENIES** defendant's request. The Government is entitled to present its case in the manner it chooses. To the extent defendant believes Thy Vann is an essential witness in this case, he may request that the Court issue a subpoena to Thy Vann instructing her to appear at trial as a witness for the defense.

     IT IS SO ORDERED.

                                                                                                     00  :  00

                                                          Initials of Deputy Clerk       CMJ