UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 09-933(A)-CAS | Date | January 26, 2016 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Standby Counsel | Not | X | |

**Proceedings:** (IN CHAMBERS) - MOTION FOR COURT TO EXAMINE MR. FISCHBACH; FOR COURT TO PERMIT CJA APPROVAL AND ASSIGNMENT OF NEW DIGITAL FORENSIC EXPERT (Dkt. 1080, filed January 20, 2016)

On January 20, 2016, defendant filed a motion entitled: "Motion for Court to Examine Mr. Fischbach; For Court to Permit CJA Approval and Assignment of New Digital Forensic Expert." Dkt. 1180. From this motion, the Court discerns that defendant and one of his expert witnesses, Jeffrey Fischbach, have developed a personal disagreement and defendant no longer believes that he may continue to use Fischbach's services as an expert in this case. Defendant also makes various allegations that Fischbach has misappropriated funds allotted to the defense team. Defendant requests that the Court conduct an investigation into Fischbach's alleged actions. However, it is not the role of the Court to conduct an investigation into one of defendant's expert witnesses and, aside from defendant's allegations, he has submitted no proof of the fraudulent conduct he alleges. Further, to the extent defendant believes that a new expert is necessary for his case, he may submit a request for additional CJA funding through the appropriate channels.

In accordance with the foregoing, the Court **DENIES** defendant's motion.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |