UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 09-933(A)-CAS | Date | January 25, 2015 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr- Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Boyajian: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Standby Counsel | Not | X | |

**Proceedings:** (IN CHAMBERS) - GOVERNMENT'S MOTION *IN LIMINE* TO LIMIT CROSS EXAMINATION OF CAMBODIAN LAW ENFORCEMENT WITNESSES (Dkt. No. 711, filed November 18, 2014)

MOTION FOR STAY OF PROCEEDINGS TO LITIGATE GOVERNMENT CORRUPTION AND MISCONDUCT (Dkt. 1137, filed January 6, 2016)

## I. GOVERNMENT'S MOTION *IN LIMINE* TO LIMIT CROSS EXAMINATION OF CAMBODIAN LAW ENFORCEMENT WITNESSES

On November 18, 2014, the government filed a motion *in limine* to limit the cross-examination of Cambodian law enforcement witnesses. Dkt. No. 711. Defendant addressed the motion briefly in an *ex parte* application to continue the hearing on various motions. Dkt. No. 753 at 12–15. Defendant then filed a formal opposition to the motion on March 17, 2015. Dkt. No. 827. The government filed a reply on March 26, 2015, Dkt. No. 867, and submitted a supplemental brief on November 23, 2015, Dkt. 1066. After considering the parties' arguments, the Court finds and concludes as follows.

**[\*\*\*REDACTED\*\*\*]**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

**C.     CONCLUSION**

In accordance with the foregoing, the Court **DENIES** the government's motion. However, as outlined above, defendant may not offer extrinsic evidence of the alleged corruption in an attempt to impeach these witnesses during cross-examination, even if the witnesses deny the allegations when asked about them. And the Court will not permit excessive questioning on this collateral matter.

**II.    MOTION FOR STAY OF PROCEEDINGS TO LITIGATE GOVERNMENT CORRUPTION AND MISCONDUCT**

On January 6, 2016, defendant filed a motion entitled: "Motion for Stay of Proceedings to Litigate Government Corruption and Misconduct." Dkt. 1137. In this motion, defendant alleges that the prosecution in his case has been involved in a "corruption ring" with the purpose of "manipulating continuing litigation in Cambodia" into the alleged corruption by Cambodian law enforcement officer, Keo Thea. Id. at 2. In support of this motion, defendant identifies an email between the director of Actions Pour Les Enfants ("APLE"), a non-governmental organization that operates in Cambodia, and David Herzog, one of the principal prosecutors in this case. This email reads, in its entirety, as follows:

> Hi Dave,
>
> Hope you keep well.
>
> Do you have any news about the trial supposedly to take place in November?
>
> On a separate note, I was asked by Col. Keo Thea to bring to you attention that his complaint has now been filed with the Appeal Court by Attorney Sok Sameoun after the municipal court dismissed the case. Keo Thea is being concerned over the same grounds and requests your intervention as much as possible.
>
> He has no info of which judges are handing this case, but he wants you to talk to people as you did while the case was at the first court. It would be helpful if appeal officials are aware of the situations in this case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

Should you need a call with me or directly with him, please let me know.

Regards,

Seila Samleang [Executive Director APLE]

<u>Id.</u> Ex. A.

This email does not begin to support defendant's allegations of corruption. At most, this email indicates that one of the prosecutors in defendant's case, David Herzog, has communicated with third parties about the pending litigation against Keo Thea and that Herzog may have offered statements in defense of Keo Thea during an earlier case. Nothing in this email, or in any other documents submitted to the Court throughout this case, suggests that the prosecution has attempted to "manipulate" the investigation into Keo Thea. Moreover, it is not particularly surprising that the prosecutors in this case would have communicated with third parties regarding Keo Thea's pending investigation, given that Keo Thea has testified on behalf of the Government and was closely involved with the arrest of defendant in Cambodia.

Accordingly, defendant has submitted no credible evidence of corruption by the prosecution in this case and the Court, therefore, **DENIES** his motion for a stay of these proceedings.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |