UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 09-933(A)-CAS | | Date | February 5, 2016 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Standby Counsel | Not | X | |

Proceedings:   (IN CHAMBERS) - RELEASE OF GOVERNMENT WITNESSES KEO THEA AND SRENG HONG

   In this case, the Government initially represented to the Court, and defendant, that it would call two witnesses to testify at trial, Keo Thea and Sreng Hong.  Thea and Hong are both members of the Cambodian National Police who participated in the investigation and arrest of defendant.  The Government has now indicated that it will not be calling these witnesses to testify, but rather will be sending them home to Cambodia.  The Court finds that defendant reasonably relied upon the Government's representation that these witnesses would be made available for questioning during the trial in this case.  Moreover, the Court finds that these witnesses may have relevant testimony regarding the investigation and arrest of defendant.  Accordingly, in an exercise of the Court's supervisory powers it will require that the Government produce these witnesses at trial.

   Nonetheless, the Court finds that there is a considerable risk that the testimony of these witnesses may be cumulative with the testimony of other witnesses and only tangentially relevant.  Moreover, the Court finds that some of the questions defendant has stated that he intends to ask these witnesses may be misleading and confusing to the jury.  Accordingly, pursuant to Federal Rule of Evidence 403, the Court intends to limit defendant's examination of these witnesses to the following topics and questions.  Defendant should limit his questioning to these topics and should seek leave of the Court before examining these witnesses about additional topics.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

Defendant's Arrest

      Defendant may examine Thea and Hong regarding their observations during the arrest of defendant in Cambodia. Specifically, defendant may examine these witnesses regarding where defendant was found on the night of his arrest, whether S.L. was found at the Blue Hut on the night of defendant's arrest, and whether either of the officers saw S.L. at the Blue Hut on the night of defendant's arrest.

S.L's Identification of Boyajian

      Defendant may examine Thea regarding S.L.'s identification of defendant in the days following defendant's arrest. He may ask Thea questions relating to whether S.L.'s identification of defendant was procured through suggestive means. Defendant may ask Hong whether he was present during S.L.'s identification of defendant and whether Hong witnessed the identification. Finally, defendant may examine these witnesses regarding how S.L. was located and brought to Keo Thea the day after defendants' arrest

Isaac Veth

      Defendant may ask limited questions regarding whether any benefits were given to informant Isaac Veth in exchange for his cooperation with the investigation and arrest of defendant. However, defendant must first lay a proper foundation for this line of questioning. Accordingly, he may ask these witnesses whether officers in the Cambodian National Police customarily provide benefits to informants, such as Isaac Veth. If the answer to this question is no, defendant may not ask further questions. If the answer to this question is yes, however, defendant may ask Thea and Hong limited questions regarding whether they provided any benefits to Veth.

Investigative Practices of the CNP

      Defendant may ask Thea and Hong whether it was customary for members of the Cambodian National Police to participate in the investigation and arrest of defendant. And, in particular, he may ask these witnesses whether it was customary for Thea to conduct the questioning of the alleged victim in this case, S.L.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

**'O'**

  Finally, the Court notes that, notwithstanding anything in this order, defendant's examination of Thea and Hong must still comply with the Federal Rules of Evidence.

  IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc: