UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 09-933(A)-CAS | | Date | February 8, 2016 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Standby Counsel | Not | X | |

**Proceedings:** (IN CHAMBERS) - DEFENDANT'S MOTION TO PRECLUDE SL TESTIMONY FOR PROSECUTORIAL MISCONDUCT FOR COERCION AND INTIMIDATION OF COMPLAINING WITNESS SL THROUGH IMPRISONMENT OF HER FAMILY MEMBERS (Dkt. 1221, filed February 1, 2016)

DEFENDANT'S MOTION FOR ORDER OF SANCTIONS FOR GOVERNMENT INTERFERENCE WITH DEFENSE WITNESSES DETAINED IN CAMBODIAN PRISONS, OR OTHER RELIEF (Dkt. 1223, filed February 2, 2016)

On February 1, 2016, defendant, Ronald Gerard Boyajian, filed a motion to preclude the testimony of S.L. on the basis of prosecutorial misconduct. Dkt. 1221. In this motion, defendant argues that S.L.'s mother and brother have been imprisoned by the Cambodian Government and that the prosecution has used the imprisonment of S.L.'s family as a means to manipulate S.L.'s testimony. However, defendant provides no support for these allegations and there is no evidence to suggest that the prosecution has had any involvement whatsoever with the imprisonment of S.L.'s family. Accordingly, defendant's allegations of prosecutorial misconduct are unfounded and the Court finds no basis for excluding S.L.'s testimony.

In addition, on February 2, 2016, defendant filed a motion entitled "Motion for Order of Sanctions for Government Interference with Defense Witnesses Detained in Cambodian Prisons, or Other Relief." Dkt. 1223. In this motion, defendant alleges that several crucial

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

defense witnesses are currently being held in Prey Sar prison by the Cambodian Government. Defendant further contends that the prosecution in this case has improperly impeded his access to these witnesses. However, again defendant provides no evidence to suggest that the prosecution has had any involvement with the imprisonment of these witnesses, let alone that the prosecution has the ability to influence who does and does not have access to these witnesses.

Defendant also contends that he has been attempting to gain access to these prisoners through one of his investigators who is currently in Cambodia. Defendant states that obtaining permission to speak with Cambodian prisoners is a time-consuming and complicated process. Accordingly, defendant states that he needs a continuance of his trial so that he can have time to access these witnesses. Nonetheless, the Court finds that a continuance is not warranted. This case has been delayed on numerous occasions and has been pending for over six years. Now, after a jury has been empaneled, and in the middle of the prosecution's case-in-chief, defendant is requesting another continuance so that he can contact these witnesses. Unsurprisingly, the process for gaining access to Cambodian prisoners is time-consuming. However, it is not clear why defendant could not have begun this process at any earlier time, as opposed to now, when his trial is already underway. In addition, it appears that defendant is hoping to bring several of these witnesses to testify on his behalf at trial. However, given that these witnesses are incarcerated, it seems unlikely that, even if the Court were to grant him a continuance, defendant would be able to secure the release of these individuals from prison so that they could testify in the United States at his trial. In fact, it is not even clear that these witnesses are willing to testify on behalf of defendant, as defendant states that one of the reasons he seeks a continuance is to ascertain whether these witnesses would be willing to testify. Moreover, defendant offers no basis for this Court's being able to compel the attendance of these witnesses at trial. For all of these reasons, the Court finds that a continuance is not warranted.

In accordance with the foregoing the Court **DENIES** both of defendant's motions.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc: