1   RONALD GERARD BOYAJIAN
    Register No. 33900-112
2   Metropolitan Detention Center
    P.O. Box 1500
3   Los Angeles, CA 90053

4   In *Pro Per*

5

6

7

8                UNITED STATES DISTRICT COURT

9               CENTRAL  DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

11
    UNITED STATES OF AMERICA,          Case No.: CR 09-933(A)-CAS
12
              Plaintiff,
13
                                       DEFENDANT RONALD
14                                     BOYAJIAN'S UPDATE ON
                                       CAMBODIAN PROCEEDINGS
15                                     IN PROCESS IMPACTING THIS
                                       LITIGATION; REQUEST THAT
16  v.                                 US ATTORNEY DAVID
                                       HERZOG AND ICE SA
17                                     JONATHAN RUIZ BE RECUSED
18                                     PENDING THE CAMBODIA'S
                                       CHIEF PROSECUTOR'S
19                                     INQUIRY INTO CRIMINAL
20                                     COLLUSION; EXHIBITS
    RONALD GERARD BOYAJIAN,
21
22            Defendant.              Courtroom:    Hon. Christina A. Snyder

23
                                     Trial Date:   Jan. 26, 2016, 9:30am
24

25

26

27
    DEFENDANT RONALD BOYAJIAN'S UPDATE ON CAMBODIAN PROCEEDINGS IN PROCESS
28  IMPACTING THIS LITIGATION; REQUEST THAT US ATTORNEY DAVID HERZOG AND ICE
    SA JONATHAN RUIZ BE RECUSED PENDING THE CAMBODIA'S CHIEF PROSECUTOR'S
    INQUIRY INTO CRIMINAL COLLUSION; EXHIBITS

TO THE HONORABLE COURT AND COUNSEL FOR THE GOVERNMENT:

Defendant Ronald Boyajian, *in pro se*, updates the Court of new developments in process impacting the case in the U.S. are progressing as follows:

1.  The criminal complaint on obstruction of justice with aggravating circumstances involving Cambodian national Police Col. **Keo Thea**, Action Pour Les Enfants Cambodia country director **Samleang Seila** and American prosecutor AUSA **David Herzog** and Immigrations and Customs Enforcement Special Agent **Jonathan Ruiz** is filed and undergoing processing according to the requirements of Cambodian Criminal Procedure Code. See **Exhibit 1**, Attorney KONG Sam Onn Complaint filed 1/28/2016 to His Excellency the prosecutor to the Phnom Penh Capital Court of First Instance.

2.  The investigation action to the Chairman of the Executive Branch Anti-Corruption Unit His Excellency Doctor **Om Yentieng** the necessity for his recusal from the Keo Thea investigation on grounds of conflict of interest, for lack of authority for obstructing the investigation, for withholding the case file from the courts while improperly and outside the scope of his statutory mandate asserting Keo Thea's effective exoneration exceeding the judicial police authority vested by the ACU statutes. See **Exhibit 2**, Attorney KONG Sam Onn Complaint filed February 1, 2016 to His Excellency the Chairman of the Anti-corruption Unit.

3.  The Cambodian Parliament Anti-Corruption Committee has submitted inquiry to begin investigation over the scope of authority and conflict of interest of the Executive branch ACU Chairman H.E. Dr. **Om Yentieng**'s role, actions and inactions in the Col. Keo Thea corruption allegations relating to running protection of Vietnamese child brothels.

DEFENDANT RONALD BOYAJIAN'S UPDATE ON CAMBODIAN PROCEEDINGS IN PROCESS IMPACTING THIS LITIGATION; REQUEST THAT US ATTORNEY DAVID HERZOG AND ICE SA JONATHAN RUIZ BE RECUSED PENDING THE CAMBODIA'S CHIEF PROSECUTOR'S INQUIRY INTO CRIMINAL COLLUSION; EXHIBITS

2

1    Both of Parliament's two major constituencies, the Cambodian
2    People's Party and the Cambodian National Rescue Party, each
3    approved to forward, and did forward, the investigation action to the
4    Chairman of the Executive Branch Anti-Corruption Unit His
5    Excellency Doctor Om Yentieng seeking clarification of the situation
6    including possible exceeding statutory authority in vouching for Col.
7    Keo Thea. See **Exhibit** 3. Parliament's forwarding of inquiry to ACU
8    Chief H.E. Dr. Om Yentieng dated _____ /16, and defendant's
9    inquiry request vis Parliament ACU Chairman H.E. Ho Vann dated
10   August 4, 2015

11   4.   The criminal case against Col. **Keo Thea** for perjury and obstruction
12        of justice in the joint operation in *U.S. v Ronald Boyajian* is being
13        handled by the Chief Prosecutor of the Court of Appeal. The case
14        against Col. Keo Thea is active, open, pending the Chief Prosecutor's
15        deciding over the imposition of a charge and warrant for the arrest of
16        Col. Keo Thea.

17

## U.S. manipulation of the Cambodian executive branch

19   Investigation is being demanded by Parliament and through the Municipal
20   and Appeal Courts into U.S. violations of Cambodian sovereignty, especially
21   impacting the function of the ACU, and the Municipal Court of Phnom Penh, by
22   the Deputy Assistant U.S. Attorney David Herzog and ICE. In particular, collusion
23   is evidenced among the prosecutor and others in efforts to sanitize Col. Keo Thea
24   of his long-standing role in the Vietnamese child brothel protection racket.

## U.S. Attorneys compromise International Justice Mission

26   AUSAs Donahue and Herzog compromised the government's advertised
27   anti-prostitution prosecution partner International Justice Mission. IJM led the

28   DEFENDANT RONALD BOYAJIAN'S UPDATE ON CAMBODIAN PROCEEDINGS IN PROCESS          3
     IMPACTING THIS LITIGATION; REQUEST THAT US ATTORNEY DAVID HERZOG AND ICE
     SA JONATHAN RUIZ BE RECUSED PENDING THE CAMBODIA'S CHIEF PROSECUTOR'S
     INQUIRY INTO CRIMINAL COLLUSION: EXHIBITS

undercover investigation into the Cambodian police chief corruption, reported to Congress and to the Department of State its success and future steps in taking down multiple Cambodian Police of administrative rank. But for several years since the "need arose for Col. Keo thea in the instant criminal prosecution IJM's operation to take down this police chief has been obstructed by AUSAs Donahue and Herzog to the extent that IJM's efforts in assisting the child sex trafficking victims in the Court process to find justice against Col. Keo Thea, his brother Keo Chanthy, and his deputy Sreng Hong were blocked.

Doubtless Col. Keo Thea's enormous wealth and influence has enabled him to evade arrest and corruption conviction to date, but Col. Thea has admitted he has been helped by the intervention of AUSAs Patricia Donahue and David Herzog in email traffic amongst them. Here AUSAs Donahue and Herzog impeded its own contractor, IJM, from carrying out the very objective for which it exists and is government (and privately) funded. The government buried *IJM's prove up* of the corruption of not only Col. Keo Thea but several additional high ranking officials within the Cambodian National Anti-Human Trafficking Police. Some of the key IJM evidence was reportedly turned over to the U.S. Embassy Phnom Penh [but not to the defense] which contents are referenced in diplomatic cables obtained through Freedom of Information Act. **Exhibit** 4, See Phnom Penh Post June 12, 2015, and cable #11PHNOM PENH 85 April 6, 2011. Two implicated high ranking police officials exposed by IJM, both leading defendant's investigation and arrest, are since suddenly deceased and so unavailable to be called by the defense for testimony at defendant's trial.

It appears that AUSA Patricia Donahue and David Herzog damage control mode to insulate Col. Keo Thea for a star role in defendant's case has so compromised IJM that IJM is relinquishing its anti-human sex trafficking activities in Cambodia. See IJM.org, Website accessed 2/9/16, IJM Cambodia field office

DEFENDANT RONALD BOYAJIAN'S UPDATE ON CAMBODIAN PROCEEDINGS IN PROCESS IMPACTING THIS LITIGATION; REQUEST THAT US ATTORNEY DAVID HERZOG AND ICE SA JONATHAN RUIZ BE RECUSED PENDING THE CAMBODIA'S CHIEF PROSECUTOR'S INQUIRY INTO CRIMINAL COLLUSION: EXHIBITS

4

1   announces new Cambodia team leadership with refocused objective to combat
2   labor trafficking.
3         Relief requested
4         Defendant requests the involved prosecutors and ICE case agent be recused
5   from this litigation. The prosecutors (and case agent) exra-territorial involvement
6   out of the scope of his legitimate duties in controlling and influencing Cambodian
7   court proceedings have biased them to the point of a) personally protecting Col.
8   Keo Thea's criminal enterprise, and b) misleading the Court about the police
9   officer's impeachment, so that they cannot be considered neutral and dispassionate.
10        Additionally, even if not recused from the entire litigation, these prosecutors
11  and case agents should at the very least not be involved in any aspect of the
12  upcoming testimony of Col. Keo Thea and Sreng Hong in the instant case, or any
13  related testimony.
14
15  Dated: February 10, 2016              Respectfully submitted,
16
17
18                                        Ronald Boyajian, in pro per
19
20
21
22
23
24
25
26
27
28  DEFENDANT RONALD BOYAJIAN'S UPDATE ON CAMBODIAN PROCEEDINGS IN PROCESS         5
    IMPACTING THIS LITIGATION; REQUEST THAT US ATTORNEY DAVID HERZOG AND ICE
    SA JONATHAN RUIZ BE RECUSED PENDING THE CAMBODIA'S CHIEF PROSECUTOR'S
    INQUIRY INTO CRIMINAL COLLUSION: EXHIBITS