UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 09-933(A)-CAS | Date | March 1, 2016 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Standby Counsel | Not | X | |

**Proceedings:** (IN CHAMBERS) - NON-PARTIES S.L. AND K.L'S MOTION TO REMOVE DOCUMENTS FILED INCORRECTLY BY DEFENDANT (Filed 02/25/2016)[1304]

On February 25, 2016, victim witnesses S.L. and K.L., through their counsel, filed a motion to remove certain documents filed publicly by defendant. Dkt. 1304. According to the governing Protective Orders in this case, Dkt. 118, 764, these documents should have been filed under seal as they contain sensitive and confidential information related to S.L. and K.L. Accordingly, the Court orders the following documents removed from the public docket and placed under seal: Dkt. 1295, 1295-1, 1296, 1296-1, 1296-2, 1296-3, 1296-4, and 1297.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Deputy Clerk | | CMJ |