**REDACTED**

FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD GERARD BOYAJIAN,<br>  aka "John,"<br><br>    Defendant. | No. CR 09-0933(A)-CAS<br><br>VERDICT FORM |

**COUNT ONE**

As to the offense of Travel with Intent to Engage in Illicit Sexual Conduct in violation of Title 18, United States Code, Section 2423(b),

We, the jury, unanimously find defendant Ronald Gerard Boyajian:

__X__ GUILTY

_____ NOT GUILTY

**COUNT TWO**

As to the offense of Engaging in Illicit Sexual Conduct in Foreign Places in violation of Title 18, United States Code, Section 2423(c),

We, the jury, unanimously find defendant Ronald Gerard Boyajian:

__X__ GUILTY

_____ NOT GUILTY

If you found defendant Guilty of this Count, please place an "X" by each form of "illicit sexual conduct" on which you unanimously based your verdict:

__X__ Defendant knowingly engaged in a commercial sex act with a person under 18 years of age; and/or

__X__ Defendant knowingly engaged in a sexual act with a person who has not attained the age of 12 years.

**COUNT THREE**

As to the offense of Commission of a Felony Offense Involving a Minor While Being Required to Register as a Sex Offender under California law in violation of Title 18, United States Code, Section 2260A,

We, the jury, unanimously find defendant Ronald Gerard Boyajian:

    __X__    GUILTY

    _____    NOT GUILTY

If you found defendant Guilty of this Count, please place an "X" by each felony offense involving a minor on which you unanimously based your verdict:

    __X__ Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18, United States Code, Section 2423(b), as alleged in Count One of the Indictment; and/or

    __X__ Engaging in Illicit Sexual Conduct in Foreign Places in violation of 18, United States Code, Section 2423(c), as alleged in Count Two of the Indictment.

Dated: March 7, 2016