UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

| Case No. | CR 09-933(A)-CAS | | Date | March 29, 2016 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | | X | George Buehler, Standby Counsel | Not | | X |

Proceedings: (IN CHAMBERS): DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS AND FOR CONTINUANCE OF HEARING (Dkt. 1350, filed March 21, 2016)

    On January 27, 2016, a trial began in this case against defendant Ronald Gerard Boyajian. Dkt. 1219. On March 7, 2016, the jury returned a verdict of guilty on all counts against defendant. Dkt. 1332. After the jury returned a verdict, defendant made a request for an extension of time to file his post-trial motions, which the Court granted. Specifically, while generally post-trial motions must be brought within 14 days after the verdict is rendered, See Fed. R. Crim. P. 29(c)(1) (motion for judgment of acquittal); Fed. R. Crim. P. 33(b)(2) (motion for new trial); Fed. R. Crim. P. 34(b) (motion to arrest judgment for lack of jurisdiction), the Court granted defendant 30 days to bring his post-trial motions.

    On March 21, 2016, defendant filed the instant motion requesting another extension of time to file his post-trial motions. Dkt. 1350. On March 24, 2016, the Government filed an opposition to defendant's motion. Dkt. 1352. Having carefully considered the parties' arguments, the Court finds that an extension of 30 days of the deadline to file post-trial motions is warranted in this case. However, the Court notes that this is now the second time defendant has requested and been granted an extension to file his post-trial motions; defendant is informed that, barring extraordinary circumstances, this will be the last time he is granted such an extension.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

'O'

In accordance with the foregoing, the Court hereby sets the following briefing schedule:

- The time for filing post-trial motions, currently set for April 4, 2016, shall be extended to **May 9, 2016**.
- The Government's response to such motions shall be filed by **May 23, 2016**.
- Any replies by defendant shall be filed by **May 30, 2016**.
- The Court shall hold a hearing on defendant's post-trial motions on **June 6, 2016 at 1:00 P.M.**

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |