UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR09-933(A)-CAS | Date | April 5, 2016 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Standby Counsel | Not | X | |

**Proceedings:** (IN CHAMBERS) - DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS AND FOR CONTINUANCE OF HEARING (Dkt. 1350, filed March 21, 2016)

The Court is in receipt of defendant's reply in support of his motion for an extension of time to file post-trial motions. Dkt. 1378. Defendant contends that, due to a technical error, his reply was rejected by the court's electronic filing system, thus preventing the Court from considering defendant's reply before ruling on his motion. The Court ultimately granted defendant's motion in part—in particular, the Court granted defendant an extension of 30 days to file his post-trial motion instead of the 90-day extension defendant had requested. Dkt. 1376 Defendant now contends that, in light of the arguments raised in his reply, the Court should reconsider its prior ruling and grant him the 90-day extension he initially requested. However, defendant's reply largely reiterates the same arguments that were raised in his motion—e.g., that he intends to raise a number of complex legal issues in his motion and that he needs additional time to review the record and collect discovery in this case. The Court has already considered these arguments and determined that a 30-day extension is sufficient to allow defendant to adequately prepare and file his post-trial motions. Accordingly, while the Court has reviewed defendant's reply, it does not change the Court's prior ruling.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |