UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

| Case No. | CR09-933(A)-CAS | | Date | July 5, 2016 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Standby Counsel | Not | | X |

| Proceedings: | (IN CHAMBERS) - DEFENDANT RONALD BOYAJIAN'S MOTION TO DISMISS THE PROSECUTION AND OR VACATE VERDICTS DUE TO INSTITUTIONAL BIASES AND SYSTEMIC FAILURES TO ENSURE EQUAL JUSTICE, AND FOR ORDER TO RECOGNIZE THE NECESSITY OF DISCOVERY RE SAME (Dkt. 1473, filed June 30, 2016) |
|---|---|

On June 30, 2016, defendant filed a motion entitled "Motion to Dismiss the Prosecution and/or Vacate Verdicts Due to Institutional Biases and Systemic Failures to Ensure Equal Justice and for Order to Recognize the Necessity of Discovery Re: Same." Dkt. 1473. In this motion, defendant appears to argue that he has been continuously denied funding pursuant to the Criminal Justice Act ("CJA") and that, because he is proceeding *pro se*, such a denial of CJA funding constitutes a deprivation of defendant's right to counsel. Defendant's argument is perplexing. Throughout this case, defendant has received extensive funds pursuant to the CJA. Among other things, the Court has authorized funds for paralegal services, a private investigator, subpoenas, and the transportation of several witness from Cambodia to testify on defendant's behalf. With each of defendant's requests, the Court has dutifully considered defendant's need for CJA funds in coordination with the CJA coordinators of the Central District of California. Accordingly, the Court finds no basis to defendant's argument that he has been wrongfully denied CJA funds.

To the extent defendant is making a further request for CJA funds, it is unclear what purpose those funds would serve. The deadline for defendant to file post-trial motions has long passed, and defendant has already filed numerous post-trial motions, including motions for a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

new trial and for acquittal.  Finally, to the extent defendant ultimately needs additional CJA resources for his appeal, those requests will be addressed by the CJA coordinator for the Ninth Circuit.  For these reasons, the Court **DENIES** defendant's motion.

   IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |