UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 09-933(A)-CAS | | Date | July 28, 2016 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Standby Counsel | Not | X | |

| Proceedings: | (IN CHAMBERS) - DEFENDANT'S EX PARTE MOTION TO CONTINUE SENTENCING; AND FOR ORDER PERMITTING DISCLOSURE TO AND PHYSICAL POSSESSION OF PSR REPORT BY MR. BOYAJIAN (Dkt. 1498, filed July 20, 2016) |
|---|---|

A sentencing hearing in this matter is currently schedule for August 1, 2016. On July 20, 2016, defendant filed a request for a continuance of the sentencing hearing. Dkt. 1498. On July 27, 2016, the Government filed an opposition to defendant's request for a continuance. Dkt. 1506. As the basis for his request, defendant states that he has not yet received a copy of his revised presentence report ("PSR") prepared by the United States Probation Office ("USPO"). However, the Government has submitted emails from both the USPO and the Metropolitan Detention Center ("MDC") confirming that defendant has had access to his PSR since May 2016. Specifically, the USPO confirmed that it mailed a copy of defendant's original and revised PSRs to him on May 9, 2016 and July 9, 2016, respectively. See Dkt. 1506, Ex. A. MDC confirmed that it received these copies of defendant's PSRs. Id. Ex. B. In addition, once defendant's PSRs arrived at MDC, MDC staff notified defendant that, for his own security as a sex offender, he would not be permitted to keep the PSR in his cell, but that upon request he could view his PSR at any time. Id. MDC staff also asked defendant if he wanted the PSR mailed anywhere else; defendant apparently provided MDC with an address and MDC mailed the PSR to this address. Id.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

'O'

Accordingly, contrary to defendant's representations, it appears that he has had access to his original and revised PSRs for several months. The Court, therefore, finds no basis for a continuance of the sentencing hearing and DENIES defendant's request.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc:   U.S. Probation