## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 09-933(A)-CAS | Date | August 26, 2016 |
|---|---|---|---|

Present: The Honorable    CHRISTINA A. SNYDER

Interpreter    N/A

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Standby Counsel | Not | X | |

**Proceedings:**    (IN CHAMBERS) - DEFENDANT'S MOTION FOR A NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE.

On August 25, 2016, defendant filed a motion for a new trial. Dkt. 1531. In defendant's motion, he quotes extensively from victim impact statements currently under seal. Dkt. 1495. Accordingly, the Court orders that defendant's motion for a new trial be sealed. Having reviewed defendant's arguments, the Court finds them to be without merit. Defendant's motion for a new trial is **DENIED**.

IT IS SO ORDERED.

00    :    00

Initials of Deputy Clerk          CMJ