UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

'O'

| Case No. | CR 09-933(A)-CAS | Date | August 30, 2016 |
|---|---|---|---|

Present: The Honorable **CHRISTINA A. SNYDER**

Interpreter  N/A

| Catherine Jeang | Not Present | David Herzog, Not Present<br>Vanessa Baehr-Jones, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendants: | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ronald Gerard Boyajian, Pro Se | Not | X | | George Buehler, Standby Counsel | Not | X | |

**Proceedings:**   (IN CHAMBERS) DEFENDANT'S REQUEST FOR ENTRY OF FINDINGS

On August 29, 2016, defendant filed the "Renewed Request for Expedited Entry of Findings on Docket Regarding The Time For Filing" now before the Court.  Dkt. 1536.  The same day, August 29, 2016, defendant filed a Notice of Appeal.  Dkt. 1538.

Federal Rule of Appellate Procedure 4(b) is non-jurisdictional.  United States v. Stadler, 480 F.3d 932 (9th Cir. 2007) (contrasting the jurisdictional nature of Rule 4(a) in civil cases with Rule 4(b)'s non-jurisdictional nature in criminal cases).  However, the timeliness of an appeal is determined by the Court of Appeals.  Id. at 940 ("We, not the district court, are the ultimate arbiters of compliance with the rules governing the appellate process").

In light of the foregoing and in light of defendant's Notice of Appeal, defendant's request is **DENIED** as moot.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | | CMJ | |